UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------------------X

BYRON BREEZE, JR.,

    Plaintiff,

    v.

ALERO INC. d/b/a ALERO RESTAURANT

  - and -

1722-1724 ASSOCIATES,

    Defendants.

---------------------------------------------------------------X

CASE NO.: 1:22-cv-01292-TNM

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff BYRON BREEZE, JR. ("Plaintiff") and Defendant 1722-1724 ASSOCIATES ("Defendant"), through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated:  September 9, 2022

| BASHIAN & PAPANTONIOU, P.C. | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ Erik M. Bashian, Esq.<br>Erik M. Bashian, Esq.<br>*Attorneys for Plaintiff*<br>500 Old Country Road, Suite 302<br>Garden City, NY 11530<br>Email: eb@bashpaplaw.com<br>(516) 279-1554 | By: /s/ Myra Creighton, Esq.<br>Myra Creighton, Esq.<br>*Attorneys for Defendant 1722-1724 Associates*<br>1075 Peachtree Street, Suite 3500<br>Atlanta, GA 30309<br>Email: mcreighton@fisherphillips.com<br>(404) 240-4285 |

94449v2